THE BOARD OF COMMISSIONERS OF MORGAN COUNTY *v.* TAR-
LETON and Another.

APPEAL from the Morgan Common Pleas.

WORDEN, J.—We affirm the judgment in this case upon
the authority of the case of the same appellant against Hol-
man and another, decided at the present term of this court,
*ante*, p. 256, as that case decides all the questions involved
in this.

The judgment below is affirmed, with costs.

*W. R. Harrison* and *W. S. Shirley*, for appellant.

*C. F. McNutt, W. A. Montgomery*, and *G. W. Grubbs*, for
appellees.

———————●———————

BIDDLE *v.* REED.

APPEAL from the Allen Circuit Court.

DOWNEY, J.—This was an action by the appellee against
the appellant for the recovery of other instalments of rent
on the same lease that was the foundation of the action in
the case between the same parties, decided by this court at
the present term, 33 Ind. 529. The defenses were the same,
and the questions presented here are the same, as in that case.

For the reasons there given, the judgment is affirmed, with
five per cent. damages and costs.

*L. M. Ninde*, for appellant.

*J. A. Fay*, for appellee.